UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13
ANTHONY J. COSTA
DENISE COSTA  CASE NO. 10-71992

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   JPMorgan Chase Bank                    **Court claim #: 2**

**Last four digits** of any number used to identify the debtor's account: 2442

| *Final Cure Amount* | | |
|---|---|---|
| Amount of Prepetition Arrears | $222.28 | (Per Creditor's Proof of Claim) |
| | +100.00 | (Per Allowed Cost of Collection Claim) |
| Total | $322.28 | |
| Amount Paid by Trustee | $322.28 | |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐  Thru the Chapter 13 Plan | ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  2/17/2015            /s/Lydia S. Meyer
                             Lydia S. Meyer, Trustee
                             308 W. State St., Suite 212
                             Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 17th Day of February, 2015.

Dated:  2/17/2015            /s/Cynthia K. Burnard

JPMORGAN CHASE BANK, NATIONAL ASSOC
ATTN: OH4-7133
3415 VISION DRIVE
COLUMBUS, OH 43219

CHASE HOME FINANCE
PO BOX 24696
COLUMBUS, OH  43224-0696

CODILIS & ASSOCIATES P C
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

ANTHONY J. COSTA
DENIS COSTA
10705 RUSHMORE LANE
HUNTLEY, IL  60142

ATTORNEY JAMES A. YOUNG
47 DUPAGE COURT
ELGIN, IL  60120